

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
                                          ___ FILED      ✓ RECEIVED
                                          ___ ENTERED    ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              APR 1 0 2014

                                              CLERK US DISTRICT COURT
                                              DISTRICT OF NEVADA
                                          BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  J. Gregory Damm
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Ste. 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336 / Fax (702) 388-5087

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                -oOo-

9  UNITED STATES OF AMERICA           )
                                      )
10             PLAINTIFF,             )
                                      )   Mag. Case No. 2:13-mj-365-CWH
11     vs                             )
                                      )
12 PREMISES KNOWN AS                  )
   5300 WEST SAHARA AVE., SUITE 105,  )   ORDER UN-SEALING
   LAS VEGAS, NEVADA 89146            )
13                                    )
               DEFENDANT.             )
14 _____)

15         **GOVERNMENT'S EX PARTE APPLICATION REQUESTING**
                **UN-SEALING OF THE AFFIDAVIT**
16

17         COMES NOW the United States of America, by and through Daniel G. Bogden,

18 United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and

19 respectfully moves this Honorable Court for an Order un-sealing the Affidavit in support of the

20 Search Warrant, together with any other filings in the above-captioned matter.

21     . . .

22     . . .

23     . . .

24

The Government submits that it is no longer necessary for said documents to be sealed in light of the fact that an indictment has been returned in this case. (2:13-CR-119-GMN-GWF). The Government submits that disclosure of this information will not now jeopardize any continuing investigation. The Government submits that this action now be unsealed so that it may be provided in discovery.

DATED this 16th day of April, 2014.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

*/s/ J. Gregory Damm*

J. Gregory Damm
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> PLAINTIFF, ) <br> ) <br> vs ) <br> ) <br> PREMISES KNOWN AS ) <br> 5300 WEST SAHARA AVE., SUITE 105, ) <br> LAS VEGAS, NEVADA 89146 ) <br> ) <br> DEFENDANT. ) | Mag. Case No. 2:13-mj-365-CWH <br><br> ORDER UN-SEALING |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Affidavit, together with the Government's Application and this Court's Order, in the above-captioned matter shall be and hereby are un-sealed.

DATED this 11 day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE